**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH MIZZONI, | Case No.: 2:17-cv-01482-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 19) |
| STATE OF NEVADA, et al., | |
| Defendant(s). | |

Pending before the Court is Defendant's motion for extension of time to respond to the complaint, filed on September 25, 2018.  Docket No. 19.  To date, no response has been filed.  *See* Docket.  Accordingly, the motion may be granted as unopposed.  *See* Local Rule 7-2(d).

Additionally, the Court has reviewed the motion and finds good cause exists for granting it.  Because the motion is unopposed and for good cause shown, Defendant's motion for extension of time to respond to the complaint, Docket No. 19, is hereby **GRANTED**.  Defendant shall respond to the complaint no later than November 9, 2018.

IT IS SO ORDERED.

Dated: October 15, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge

1